IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00091-1 JSW |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| JUAN MANUAL PENA-ANGUIANO, | |
| Defendant. | |

On August 1, 2012, the Court denied Defendant's motion to reduce his sentence to give him the benefit of a "fast track" sentence. On September 14, 2012, Defendant, acting *pro se*, filed a notice of appeal. On October 12, 2012, the United States Court of Appeals remanded the case so that this Court could provide Defendant notice and the opportunity to request an extension of time to file his appeal.

Pursuant to Federal Rule of Appellate Procedure, a notice of appeal must be filed within fourteen (14) days of the entry of the Order being appealed. *See* Fed. R. App. P. 4(b)(1)(A)(i). Defendant did not file his notice of appeal within the time required by Rule 4(b)(1)(A)(i). However, "[u]pon a finding of excusable neglect or good cause, the district court may – before or after the time has expired, with or without motion and notice – extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)." Fed. R. App. P. 4(b)(4). Defendant did file his notice of appeal, within thirty days of the time otherwise prescribed by Rule (4)(b).

Accordingly, Defendant is HEREBY ORDERED TO SHOW CAUSE, in writing, why the time for filing his notice of appeal should not be extended under Rule 4(b)(4). In his response to this Order, Defendant must demonstrate either good cause or excusable neglect to support his request for an extension of time. *See, e.g., Pincay v. Andrews,* 351 F.3d 947, 950 (9th Cir. 2005) (discussing meaning of excusable neglect); *United States v. Magana-Ayala*, 156 Fed. Appx. 923, 924 (9th Cir. 2005) (discussing meaning of good cause).

Defendant shall file and serve his response to this Order by no later than November 1, 2012. If Defendant seeks an extension, and the Government opposes that request, the Government shall file and serve its opposition by November 8, 2012. The Court shall then take the matter under submission.

**IT IS SO ORDERED.**

Dated: October 16, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

USA et al,

    Plaintiff,

v.

JUAN MANUEL PENA ANGUIANO et al,

    Defendant.

Case Number: CR08-00091 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 16, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan Manuel Pena-Anguiano
FCI -Oxford
P. O. Box 1000
Oxford, WI   53952

Dated: October 16, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk